UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CARPENTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PS ORANGECO INC; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No.: CV08-2158 MMM (PLAx)<br><br>[Proposed] ORDER GRANTING THE STIPULATED DISMISSAL OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT WITH PREJUDICE IN ITS ENTIREY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** that, pursuant to the Stipulated Dismissal filed in this matter, that Defendant PS ORANGECO, INC. is dismissed with prejudice from Plaintiffs' Complaint, Case Number CV08-2158 MMM (PLAx).  All parties shall bear their own respective fees and costs.

Additionally, Plaintiff's complaint is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: JULY 18, 2008

_Margaret M. Morrow_
HON. MARGARET M. MORROW
UNITED STATED DISTRICT COURT JUDGE